IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:07-CR-262 |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| GABRIELLA CAMERON KUPPICH a/k/a Gabriella Cameron Stever | : | |
| Defendant. | : | |

## ORDER

On January 30, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Gabriella Cameron Kuppich's guilty plea. Defendant, represented by counsel, waived her right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of her right to contest the *Report and Recommendation* and the consequences of her failure to do so, she did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the information.

**IT IS SO ORDERED.**

                                                                     s/Algenon L. Marbley
                                                      **ALGENON L. MARBLEY**
                                  **UNITED STATES DISTRICT COURT**

Dated: February 14, 2008